Firestone Fin., LLC v Panos Fitness of Greece, LLC (2024 NY Slip Op 03305)

Firestone Fin., LLC v Panos Fitness of Greece, LLC

2024 NY Slip Op 03305

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

508 CA 23-01192

[*1]FIRESTONE FINANCIAL, LLC, PLAINTIFF-APPELLANT,
v
PANOS FITNESS OF GREECE, LLC, DEAN S. PANOS, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

HANCOCK ESTABROOK, LLP, SYRACUSE (RYAN M. POPLAWSKI OF COUNSEL), AND HALLORAN & SAGE, LLP, NEW YORK CITY, FOR PLAINTIFF-APPELLANT.
LYNN D'ELIA TEMES & STANCZYK, SYRACUSE (DAVID C. TEMES OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered July 7, 2023. The order denied plaintiff's motion for severance. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 29, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court